# United States Court of Appeals
## For the First Circuit

---

No. 13-1070

UNITED STATES OF AMERICA,

Appellee,

v.

MARCELINO GUZMÁN-MONTAÑEZ,

Defendant-Appellant.

---

ERRATA SHEET

The opinion of this Court issued on June 13, 2014 is amended as follows:

On page 2, lines 14-18, "We affirm the conviction and sentence as to the felon in possession count. However, we reverse the conviction and sentence as to the possession of a firearm in a school zone count. We discuss Guzman's claims seriatim." is replaced with "We affirm the conviction as to the felon in possession count. However, we reverse the conviction and sentence as to the possession of a firearm in a school zone count. We discuss Guzman's claims seriatim."

On Page 10, line 14, "Candelario-Silva" is replaced with "Candelaria-Silva".